JULIA A. HURLEY, Appellant, *v.* GODFREY R. MARTINE et al., Respondents.

(Argued October 5, 1891; decided October 13, 1891.)

MOTION to dismiss appeal from a judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 31, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Louis M. Brown* and *Robert Imrie* for motion.

*Martin L. Townsend* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____